United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 12-34662-LMI
Frank Kaltenekker                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: idabarr          Page 1 of 2          Date Rcvd: Jan 21, 2014
                             Form ID: CGFD44         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2014.
```
db            #+Frank Kaltenekker,   1075 92nd Street,   Apt 404,   Bay Harbor Islands, FL 33154-2755
aty           +Lauren Luck, Esq.,   The Law Offices of Isaac Benmergui, PA,   1150 Kane Concourse,   2nd floor,
               Bay Harbor Islands, FL 33154-2057
cr            +Bank of America, N.A.,   c/o Michelle Gilbert, Esq.,   2005 Pan Am Circle #110,
               Tampa, FL 33607-2380
cr            +Berkshire House Condominium Association, Inc.,   c/o Lauren Luck, Esq.,   1150 Kane Concourse,
               2nd floor,   Bay Harbor Islands, FL 33154-2057
cr            +Specialized Loan Servicing,   Law Offices of Daniel C. Consuegra,   9204 King Palm Drive,
               Tampa, FL 33619-1328
90785301      +Accord Creditor Services, LLC,   POB 10001,   Newman, Georgia 30271-0099
91100727      +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
90785305      +Bankunited Fc,   7815 N.w 148th St,   Miami Lakes, FL 33016-1554
90785306       Barclays Bank Delaware,   Attn Bankruptcy Dept,   POB 1337,   Philadelphia, PA 19101
91123519      +Berkshire House Condominium Association, Inc.,   Law Offices of Isaac Benmergui, PA,
               c/o Lauren Luck, Esq.,   1150 Kane Concourse, 2nd Floor,   Bay Harbor Island, FL 33154-2057
90785311      +Bnkunted Fsb,   7815 Nw 148th St,   Miami Lakes, FL 33016-1554
90785316      +Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202-2120
90842769       FIA Card Services, N.A. as successor to,   Bank of America, N.A. (USA),
               and MBNA America Bank, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
90785317      ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
               (address filed with court:  Focus Receivables Mana,   1130 Northchase Parkway,
               Marietta, GA 30067)
90785319      +Home Comings Financial / GMAC Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
90785321      +Hyundai Finc,   10550 Talbert Ave,   Fountain Valley, CA 92708-6032
91130584      +JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302-7999
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: FLDEPREV.COM Jan 22 2014 00:18:00    Florida Department of Revenue,   POB 6668,
               Bankruptcy Division,   Tallhassee, FL  32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jan 22 2014 00:25:54    Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
90978747       EDI: AIS.COM Jan 22 2014 00:18:00    American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
91035952       EDI: AIS.COM Jan 22 2014 00:18:00    American InfoSource LP as agent for,   Midland Funding LLC,
               PO Box 268941,   Oklahoma City, OK 73126-8941
90785303       EDI: BANKAMER.COM Jan 22 2014 00:18:00    Bank Of America,   Po Box 982235,   El Paso, TX 79998
90785307      +EDI: TSYS2.COM Jan 22 2014 00:18:00    Barclays Bank Delaware,   125 S West St,
               Wilmington, DE 19801-5014
90785310      +EDI: BANKAMER.COM Jan 22 2014 00:18:00    Bk Of Amer,   Attn Bankruptcy/MC,   NC4-105-03-14,
               POB 26012,   Greensboro, NC 27420-6012
90785312       EDI: CAPITALONE.COM Jan 22 2014 00:18:00    Capital One, N.a.,   Po Box 85520,
               Richmond, VA 23285
90785313      +EDI: CHASE.COM Jan 22 2014 00:18:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
90785314      +EDI: CITICORP.COM Jan 22 2014 00:18:00    Citibank Sd, Na,   Po Box 6241,
               Sioux Falls, SD 57117-6241
90785315      +EDI: CITICORP.COM Jan 22 2014 00:18:00    Citibank Usa,   Po Box 6497,
               Sioux Falls, SD 57117-6497
90785318      +EDI: RMSC.COM Jan 22 2014 00:18:00    Gemb/pc Richards,   Po Box 981439,
               El Paso, TX 79998-1439
90785320      +EDI: HFC.COM Jan 22 2014 00:18:00    Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
90785322      +EDI: ICSYSTEM.COM Jan 22 2014 00:18:00    Ic Systems Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
91130584      +EDI: JEFFERSONCAP.COM Jan 22 2014 00:18:00    JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD MN 56302-7999
90785323      +EDI: MID8.COM Jan 22 2014 00:18:00    Midland Funding,   8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
90785302       EDI: AGFINANCE.COM Jan 22 2014 00:18:00    American General Finan,   7931 Bird Rd,
               Miami, FL 33155
90785324      +EDI: SEARS.COM Jan 22 2014 00:18:00    Sears/cbna,   133200 Smith Rd,   Cleveland, OH 44130
90840387      +E-mail/Text: bncmail@w-legal.com Jan 22 2014 00:26:11    TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
90785325      +EDI: WTRRNBANK.COM Jan 22 2014 00:18:00    Target,   c/o Financial and Retail Svcs,
               Mailstop BV,   POB 9475,   Minneapolis, MN 55440-9475
90785326      +EDI: WTRRNBANK.COM Jan 22 2014 00:18:00    Tnb-Visa (TV) / Target,   Po Box 673,
               Minneapolis, MN 55440-0673
90785327      +EDI: AFNIVZWIRE.COM Jan 22 2014 00:18:00    Verizon Wireless,   1 Verizon Pl,
               Alpharetta, GA 30004-8510
                                                                                          TOTAL: 22
```

```
District/off: 113C-1          User: idabarr          Page 2 of 2              Date Rcvd: Jan 21, 2014
                              Form ID: CGFD44        Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
90785309      Bay Harbor Islands, Florida 33154
90785308      Berkshire House Condominium Association,   C/o Lauren Luck, Esq.,
              1150 Kane Concourse, 2nd Floor
cr*          +Jefferson Capital Systems LLC,   PO BOX 7999,   ST CLOUD, MN 56302-7999
90785304*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
                                                                    TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2014 at the address(es) listed below:
              Carol A. Lawson    on behalf of Creditor    Bank of America, N.A. calh@gate.net
              Kevin A Comer    on behalf of Creditor    Specialized Loan Servicing bkfiling@consuegralaw.com
              Michelle Garcia Gilbert    on behalf of Creditor    Bank of America, N.A.
              mgilbert@gilbertgrouplaw.com,
              tbaron@gilbertgroupLaw.com;omobley@gilbertgrouplaw.com;nmyles@gilbertgrouplaw.com;blockett@gilber
              tgrouplaw.com
              Nancy K. Neidich    e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Samuel S Sorota, Esq    on behalf of Debtor Frank  Kaltenekker ssorota@bellsouth.net
                                                                                     TOTAL: 6
```

CGFD44 (7/23/13)



**ORDERED in the Southern District of Florida on January 21, 2014**

**Laurel M Isicoff**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 12–34662–LMI**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Frank Kaltenekker
1075 92nd Street
Apt 404
Bay Harbor Islands, FL 33154

SSN: xxx–xx–2327

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON–COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

As provided under Local Rule 3070–1(C)(2)(c), a Report of Non–Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Claude Pepper Federal Building, 51 SW 1st Ave, Room 1510, Miami, FL 33130, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

# # #

*Page 2 of 2*